UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION



| | |
|---|---|
| UNITED STATES OF AMERICA, | Case Number: 1:18-po-00070 |
| | Violation Number(s): **OS51 6083467** |
| Plaintiff, | Bowman, M.J. |
| v. | |
| BRANDON D. CRIBBET, | **ORDER** |
| Defendant. | |

Upon motion of the United States (doc. 3) and for good cause shown, the Court hereby DISMISSES the above referenced violation.

**SO ORDERED.**

/s/ Stephanie K. Bowman
Stephanie K. Bowman
United States Magistrate Judge